## IN THE UNITED STATE DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LINH BAO ) | 4:05CV3021 |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **MEMORANDUM AND** |
| ) | **ORDER** |
| ROBERT HOUSTON, ) | |
| ) | |
| Respondent. ) | |

This matter is before the court on its own motion. The above referenced case is closed and the appeal time has expired.

Accordingly,

IT IS THEREFORE ORDERED that: the State Court Records filed as attachments to filing No. 30 (10 volumes of trial testimony), be returned to James D. Smith, counsel for Respondent, for appropriate disposition. The State Court Records may be picked up in Lincoln, Nebraska.

Dated October 9, 2008

                                                BY THE COURT

                                                s/Laurie Smith Camp
                                                United States District Judge